*Susan M. Hankins*, assistant public defender, in opposition.

Decided June 17, 1996

STATE OF CONNECTICUT *v.* CHARLES ROGERS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 41 Conn. App. 204 (AC 13685), is denied.

*Margaret Gaffney Radionovas*, assistant state's attorney, in support of the petition.

*Donald Dakers*, special public defender, in opposition.

Decided June 17, 1996

STATE OF CONNECTICUT *v.* CHARLES ROGERS

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 204 (AC 13685), is denied.

*Donald Dakers*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided June 17, 1996

SHADHALI, INC. *v.* SIRVART K. HINTLIAN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 41 Conn. App. 225 (AC 14360), is denied.